In the Matter of the Application of LUCY SPITZMULLER, Appellant. BANKERS TRUST COMPANY, as Trustee of Trusts Created by MORTON OTIS, Respondent.

Argued May 20, 1952; decided June 5, 1952.

*Leslie H. Arps* and *Joseph H. Flom* for appellant.

*Orison S. Marden, Haliburton Fales, II,* and *John M. Johnston* for respondent.

*Peter Keber* for New York State Bankers Association, *amicus curiæ,* in support of respondent's position.

Order affirmed, with costs payable out of any balance of the fund remaining in the hands of the trustee. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.